UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------x
:
UNITED STATES OF AMERICA             :
                                     :
                                     :   04 Crim. 733 (TPG)
         - against -                 :
                                     :   **ORDER**
                                     :
MARK P. KAISER,                      :
                                     :
              Defendant.             :
                                     :
-------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/17/07
```

     Today the court sentenced defendant on six counts. Part of the sentence includes a special assessment of $100 on each of the six counts. The court will issue the written judgment shortly. The Clerk of Court is directed to accept payment for the special assessments before the judgment is issued.

Dated: New York, New York
       May 17, 2007

SO ORDERED

*Thomas P. Griesa*
Thomas P. Griesa
U.S.D.J.