UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA              :

       -v.-                           :    ORDER

MARK KAISER,                          :    04 Cr. 733 (TPG)

          Defendant.           :

- - - - - - - - - - - - - - - - -x

       Upon the application of the United States of America, by and through Assistant United States Attorney Daniel Chung, with the consent of MARK KAISER, the defendant, by and through his counsel Daniel Brown, Esq., it is hereby ORDERED that the time between the date of this Order and October 3, 2011, is excluded for purposes of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice. The ends of justice served by such continuance outweigh the interest of the public and the defendant in a speedy trial because it will allow the parties to continue discussing a potential disposition of the case, file any pre-trial motions, and prepare for trial.

Dated: New York, New York
      January 17, 2011

                                HONORABLE THOMAS P. GRIESA
                                UNITED STATES DISTRICT JUDGE