IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | ) | Case No. 04 Cr. 733 (TPG) |
|---|---|---|
| | ) | |
| v. | ) | MOTION TO ADMIT COUNSEL |
| | ) | PRO HAC VICE |
| MARK P. KAISER, | ) | |
| | ) | |
| Defendant. | ) | |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Thomas J. McGonigle, a member in good standing of the Bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

Applicant's Name: Adriaen M. Morse Jr.
Firm Name: Murphy & McGonigle P.C.
Address: 555 13th Street, NW, Suite. 410 West
City/State/Zip: Washington, DC 20004
Phone Number: (202) 661-7014
Fax Number: (202) 661-7046

Mr. Morse is a member in good standing of the Virginia State Bar, the State Bar of California, and the District of Columbia Bar.

There are no pending disciplinary proceedings against Mr. Morse in any State or Federal court.

Dated: June 22, 2011
City, State: Washington, DC

Respectfully submitted,

_____
Sponsor's SDNY Bar: TM2063
Firm Name Murphy & McGonigle P.C.
Address: 555 13th Street, NW, Suite 410 West
City/State/Zip Washington, DC 20004
Phone number: (202) 661-7010
Fax Number: (202) 661-7050

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | ) | Case No. 04 Cr. 733 (TPG) |
|---|---|---|
| | ) | |
| v. | ) | AFFIDAVIT OF |
| | ) | THOMAS J. MCGONIGLE |
| MARK P. KAISER, | ) | IN SUPPORT OF MOTION |
| | ) | TO ADMIT COUNSEL |
| Defendant. | ) | PRO HAC VICE |

District of Columbia )
                    ) ss:
City of Washington )

Thomas J. McGonigle, being duly sworn, hereby deposes and says as follows:

1. I am a partner with Murphy & McGonigle P.C., counsel for Defendant Mark Kaiser in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant's motion to admit Adriaen M. Morse Jr. as counsel pro hac vice to represent Defendant in this matter.

2. I am a member in good standing of the Bar of the State of New York and was admitted to practice law on May 4, 1983. I am a member in good standing of the Bar of the District of Columbia, and was admitted to practice law in that jurisdiction on June 23, 1989. I am also admitted to the Bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Mr. Morse since 2008.

4. Mr. Morse is a partner with Murphy & McGonigle P.C., in its Washington, DC office.

5. I have found Mr. Morse to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Civil and Criminal Procedure.

6. Accordingly, I am pleased to move the admission of Adriaen M. Morse Jr., pro hac vice.

7. I respectfully submit a proposed order granting the admission of Adriaen M. Morse Jr., pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Adriaen M. Morse Jr., pro hac vice, to represent Defendant in the above captioned matter, be granted.

Dated: June 22, 2011

City, State: Washington, DC

Notarized: *[signature]*

Ada Victoria Hall
Notary Public, District of Columbia
My Commission Expires 7/14/2011

Respectfully submitted,

*[signature]*

Name of Movant: Thomas J. McGonigle

SDNY Bar Code: TM2063

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | ) | Case No. 04 Cr. 733 (TPG) |
|---|---|---|
| | ) | |
| v. | ) | **ORDER FOR ADMISSION** |
| | ) | **PRO HAC VICE** |
| MARK P. KAISER, | ) | **ON WRITTEN MOTION** |
| | ) | |
| Defendant. | ) | |

Upon the motion of Thomas J. McGonigle, attorney for Mark P. Kaiser and said sponsor attorney's affidavit in support;
**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Adriaen M. Morse Jr. |
| Firm Name: | Murphy & McGonigle P.C. |
| Address: | 555 13th Street, NW, Suite 410 West |
| City/State/Zip: | Washington, DC 20004 |
| Telephone/Fax: | (202) 661-7014 / (202) 661-7046 |
| Email Address: | amorse@mmlawus.com |

is admitted to practice pro hac vice as counsel for Mark P. Kaiser in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: June ___ , 2011
City, State: Washington, DC

_____
United States District/Magistrate Judge

## CERTIFICATE OF SERVICE

I hereby certify that on this date I served the foregoing Motion to Admit Counsel Pro Hac Vice on all counsel of record via overnight mail.

Dated: June 22, 2011

Molly A. Kelley



# District of Columbia Court of Appeals
## Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

### ADRIAEN M. MORSE, JR.

was on the 17TH day of OCTOBER, 2003 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on June 6, 2011.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk



# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT **ADRIAEN MEREDITH MORSE, JR.** IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING. **MR. MORSE** WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON **OCTOBER 11, 1995**, AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE VIRGINIA BOARD OF BAR EXAMINERS.

Issued June 6, 2011

KAREN A. GOULD
EXECUTIVE DIRECTOR AND
CHIEF OPERATING OFFICER

# THE STATE BAR OF CALIFORNIA

**MEMBER SERVICES CENTER**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617        TELEPHONE: 888-800-3400

## CERTIFICATE OF STANDING

June 14, 2011

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, ADRIAEN MEREDITH MORSE, #188358 was admitted to the practice of law in this state by the Supreme Court of California on June 5, 1997; that from the date of admission to February 8, 2002, he was an ACTIVE member of the State Bar of California; that on February 8, 2002, he transferred at his request to the INACTIVE status as of January 1, 2002; that from that date to May 7, 2003, he was an INACTIVE member of the State Bar of California; that on May 7, 2003, he transferred at his request to the ACTIVE status; that he has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records