## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | ) | Case No. 04 Cr. 733 (TPG) |
|---|---|---|
| | ) | |
| v. | ) | **MOTION TO ADMIT COUNSEL** |
| | ) | **PRO HAC VICE** |
| MARK P. KAISER, | ) | |
| | ) | |
| Defendant. | ) | |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Thomas J. McGonigle, a member in good standing of the Bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

| | |
|---|---|
| Applicant's Name: | Molly A. Kelley |
| Firm Name: | Murphy & McGonigle P.C. |
| Address: | 555 13th Street, NW, Suite 410 West |
| City/State/Zip: | Washington, DC 20004 |
| Phone Number: | (202) 661-7030 |
| Fax Number: | (202) 661-7056 |

Ms. Kelley is a member in good standing of the Bar of the State of Illinois.

There are no pending disciplinary proceedings against Ms. Kelley in any State or Federal court.

| | |
|---|---|
| Dated: | June 22, 2011 |
| City, State: | Washington, DC |

Respectfully submitted,

*Thomas McGonigle*

| | |
|---|---|
| Sponsor's SDNY Bar: | TM2063 |
| Firm Name | Murphy & McGonigle P.C. |
| Address: | 555 13th Street, NW, Suite 410 West |
| City/State/Zip | Washington, DC 20004 |
| Phone number: | (202) 661-7010 |
| Fax Number: | (202) 661-7050 |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| <u>UNITED STATES OF AMERICA</u> | ) | **Case No. 04 Cr. 733 (TPG)** |
| | ) | |
| v. | ) | **AFFIDAVIT OF** |
| | ) | **THOMAS J. MCGONIGLE** |
| **MARK P. KAISER,** | ) | **IN SUPPORT OF MOTION** |
| | ) | **TO ADMIT COUNSEL** |
| <u>**Defendant.**</u> | ) | **PRO HAC VICE** |

District of Columbia )
                )    ss:
City of Washington )

Thomas J. McGonigle, being duly sworn, hereby deposes and says as follows:

1.  I am a partner with Murphy & McGonigle P.C., counsel for Defendant Mark Kaiser in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant's motion to admit Molly A. Kelley as counsel pro hac vice to represent Defendant in this matter.

2.  I am a member in good standing of the Bar of the State of New York and was admitted to practice law on May 4, 1983. I am a member in good standing of the Bar of the District of Columbia, and was admitted to practice law in that jurisdiction on June 23, 1989. I am also admitted to the Bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.  I have known Ms. Kelley since 2011.

4.  Ms. Kelley is an attorney with Murphy & McGonigle P.C., in its Washington, DC office.

5.  I have found Ms. Kelley to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Civil and Criminal Procedure.

6.  Accordingly, I am pleased to move the admission of Molly A. Kelley, pro hac vice.

7.  I respectfully submit a proposed order granting the admission of Molly A. Kelley, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Molly A. Kelley, pro hac vice, to represent Defendant in the above captioned matter, be granted.

Dated:          June 22, 2011

City, State:    Washington, DC

Notarized:      _____

Ada Victoria Hall
Notary Public, District of Columbia
My Commission Expires 7/14/2011

Respectfully submitted,

_____
Name of Movant:    Thomas J. McGonigle

SDNY Bar Code:     TM2063

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | **Case No. 04 Cr. 733 (TPG)** |
| ) | |
| **v.** ) | **ORDER FOR ADMISSION** |
| ) | **PRO HAC VICE** |
| **MARK P. KAISER,** ) | **ON WRITTEN MOTION** |
| ) | |
| **Defendant.** ) | |

Upon the motion of Thomas J. McGonigle, attorney for Mark P. Kaiser and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

Applicant's Name: Ms. Molly A. Kelley

Firm Name: Murphy & McGonigle P.C.

Address: 555 13th Street, NW, Suite 410 West

City/State/Zip: Washington, DC 20004

Telephone/Fax: (202) 661-7030 / (202) 661-7056

Email Address: mkelley@mmlawus.com

is admitted to practice pro hac vice as counsel for Mark P. Kaiser in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: June ___ , 2011
City, State: Washington, DC


_____
United States District/Magistrate Judge

## CERTIFICATE OF SERVICE

I hereby certify that on this date I served the foregoing Motion to Admit Counsel Pro Hac Vice on all counsel of record via overnight mail.

Dated: June 22, 2011

Molly A. Kelley

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

Molly Anne Kelley

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on December 13, 2010 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto placed my hand and affixed the seal of said Supreme Court, at Springfield, in said State, this Friday, June 17, 2011.

*Carolyn Taft Grosboll*

Clerk