IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 04 Cr. 733 (TPG) |
| | ) | |
| v. | ) | MOTION TO ADMIT COUNSEL |
| | ) | PRO HAC VICE |
| MARK P. KAISER, | ) | |
| | ) | |
| Defendant. | ) | |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Thomas J. McGonigle, a member in good standing of the Bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

    Applicant's Name:    Joseph I. Goldstein
    Firm Name:    Murphy & McGonigle P.C.
    Address:    555 13th Street, NW, Suite 410 West
    City/State/Zip:    Washington, DC 20004
    Phone Number:    (202) 661-7013
    Fax Number:    (202) 661-7047

Mr. Goldstein is a member in good standing of the Bar of the District of Columbia.

There are no pending disciplinary proceedings against Mr. Goldstein in any State or Federal court.

Dated:    June 22, 2011
City, State:    Washington, DC

    Respectfully submitted:

    _/s/ Thomas J. McGonigle_
    Sponsor's SDNY Bar:    TM2063
    Firm Name    Murphy & McGonigle P.C.
    Address:    555 13th Street, NW, Suite 410 West
    City/State/Zip:    Washington, DC 20004
    Phone number:    (202) 661-7010
    Fax Number:    (202) 661-7050

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | ) | Case No. 04 Cr. 733 (TPG) |
|---|---|---|
| | ) | |
| v. | ) | AFFIDAVIT OF |
| | ) | THOMAS J. MCGONIGLE |
| MARK P. KAISER, | ) | IN SUPPORT OF MOTION |
| | ) | TO ADMIT COUNSEL |
| **Defendant.** | ) | PRO HAC VICE |

District of Columbia )
                     ) ss:
City of Washington )

Thomas J. McGonigle, being duly sworn, hereby deposes and sáys as follows:

1. I am a partner with Murphy & McGonigle P.C., counsel for Defendant Mark Kaiser in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant's motion to admit Joseph I. Goldstein as counsel pro hac vice to represent Defendant in this matter.

2. I am a member in good standing of the Bar of the State of New York and was admitted to practice law on May 4, 1983. I am a member in good standing of the Bar of the District of Columbia, and was admitted to practice law in that jurisdiction on June 23, 1989. I am also admitted to the Bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Mr. Goldstein since 1984.

4. Mr. Goldstein is a partner with Murphy & McGonigle P.C., in its Washington, DC office.

5. I have found Mr. Goldstein to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Civil and Criminal Procedure.

6. Accordingly, I am pleased to move the admission of Joseph I. Goldstein, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Joseph I. Goldstein, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Joseph I. Goldstein, pro hac vice, to represent Defendant in the above captioned matter, be granted.

Dated: June 22, 2011
City, State: Washington, DC
Notarized: _____

Respectfully submitted,

_____
Name of Movant: Thomas J. McGonigle
SDNY Bar Code: TM2063

Ada Victoria Hall
Notary Public, District of Columbia
My Commission Expires 7/14/2011

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 04 Cr. 733 (TPG) |
| | ) | |
| v. | ) | ORDER FOR ADMISSION |
| | ) | PRO HAC VICE |
| MARK P. KAISER, | ) | ON WRITTEN MOTION |
| | ) | |
| Defendant. | ) | |

Upon the motion of Thomas J. McGonigle, attorney for Mark P. Kaiser and said sponsor attorney's affidavit in support;
**IT IS HEREBY ORDERED** that

Applicant's Name: Joseph I. Goldstein

Firm Name: Murphy & McGonigle P.C.

Address: 555 13th Street, NW, Suite 410 West

City/State/Zip: Washington, DC 20004

Telephone/Fax: (202) 661-7013 / (202) 661-7047

Email Address: jgoldstein@mmlawus.com

is admitted to practice pro hac vice as counsel for Mark P. Kaiser in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: June ___ , 2011
City, State: Washington, DC

_____
United States District/Magistrate Judge

## CERTIFICATE OF SERVICE

I hereby certify that on this date I served the foregoing Motion to Admit Counsel Pro Hac Vice on all counsel of record via overnight mail.

Dated: June 22, 2011

_____
Molly A. Kelley



### District of Columbia Court of Appeals
#### Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

## JOSEPH I. GOLDSTEIN

was on the 7TH day of DECEMBER, 1987 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on June 6, 2011.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk