IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. 04 Cr. 733 (TPG) |
| ) | |
| v. ) | ORDER FOR ADMISSION |
| ) | PRO HAC VICE |
| MARK P. KAISER, ) | ON WRITTEN MOTION |
| ) | |
| __Defendant.__ ) | |

Upon the motion of Thomas J. McGonigle, attorney for Mark P. Kaiser and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Adriaen M. Morse Jr. |
| Firm Name: | Murphy & McGonigle P.C. |
| Address: | 555 13th Street, NW, Suite 410 West |
| City/State/Zip: | Washington, DC 20004 |
| Telephone/Fax: | (202) 661-7014 / (202) 661-7046 |
| Email Address: | amorse@mmlawus.com |

is admitted to practice pro hac vice as counsel for Mark P. Kaiser in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated:      June 28, 2011
City, State:   Washington, DC

Thomas P. Griesa
United States District/Magistrate Judge

by JL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/28/11