UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA           :
                  Plaintiff,           :    S1 04 Cr. 733 (TPG)
           - v. -           :    ECF Case
Mark Kaiser,           :
                  Defendant.           :
-------------------------------------------------------X

### MOTION TO WITHDRAW APPEARANCE OF RICHARD J. MORVILLO

Upon the accompanying declaration of defendant Mark P. Kaiser, dated July 12, 2011 and pursuant to Local Civil Rule 1.4, Rule 2.5 of the Electronic Case Filing Rules and Instructions, and Rule 2.D of this Court's Individual Rules of Practice, the undersigned respectfully moves this Court to withdraw the appearance of Richard J. Morvillo and discontinue transmission of Notices of Electronic Filing in the above captioned matter for defendant Mark P. Kaiser. Mr. Morvillo's appearance was entered on behalf of Mr. Kaiser on or about August 27, 2004. On October 14, 2010, Thomas J. McGonigle entered his appearance in this matter as counsel for Mr. Kaiser.

Dated: Washington, DC
       July 19, 2011

                              Respectfully submitted,
                              SCHULTE ROTH & ZABEL LLP

                              /s/ Richard Morvillo
                              Richard J. Morvillo
                              1152 Fifteenth Street, NW
                              Suite 850
                              Washington, DC 20005
                              (202) 729-7470
                              Email: richard.morvillo@srz.com