UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------x
UNITED STATES OF AMERICA           :
Plaintiff                          :    S1 04 Cr. 733 (TPG)
                                   :
            - v. -                 :
                                   :
Mark Kaiser,                       :
Defendant.          .              :
----------------------------------------------------X

DECLARATION OF MARK P. KAISER

I, MARK P. KAISER, hereby declare:

1. I am a defendant in the above-captioned action. I submit this declaration in support of the motions to withdraw appearances by Richard J. Morvillo and Peter H. White, of the law firm of Schulte Roth & Zabel LLP, on my behalf in this action.

2. I have retained new counsel to represent me in this action. My new counsel, Thomas J. McGonigle, entered a Notice of Appearance on my behalf on or about October 14, 2010.

3. I hereby consent to the Court entering an order permitting the withdrawal of Messrs. Morvillo and White as counsel of record for me in this action.

I declare under penalty of perjury that the foregoing is true and correct.

Executed: July 12, 2011

_____
Mark P. Kaiser

DC-16640880.1