UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

UNITED STATES OF AMERICA           :

               Plaintiff,           :          S1 04 Cr. 733 (TPG)
                             :

             - v. -           :          ECF Case
                             :

Mark Kaiser,           :

              Defendant.           :

-------------------------------------------------------X

## <u>MOTION TO WITHDRAW APPEARANCE OF PETER H. WHITE</u>

Upon the accompanying declaration of defendant Mark P. Kaiser, dated July 12, 2011 and pursuant to Local Civil Rule 1.4, Rule 2.5 of the Electronic Case Filing Rules and Instructions, and Rule 2.D of this Court's Individual Rules of Practice, the undersigned respectfully moves this Court to withdraw the appearance of Peter H. White and discontinue transmission of Notices of Electronic Filing in the above captioned matter for defendant Mark P. Kaiser. Mr. White's appearance was entered on behalf of Mr. Kaiser on or about August 16, 2004. On October 14, 2010, Thomas J. McGonigle entered his appearance in this matter as counsel for Mr. Kaiser.

Dated: Washington, DC
       July 19, 2011

                                 Respectfully submitted,
                                 SCHULTE ROTH & ZABEL LLP

                               /s/ Peter H. White
                               Peter H. White
                               1152 Fifteenth Street, NW
                               Suite 850
                               Washington, DC 20005
                               (202) 729-7470
                               Email: peter.white@srz.com