AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,
        Plaintiff,

v.

MARK KAISER, ET AL.
        Defendants.

**APPEARANCE**

Case Number: 04cr00733 (TPG)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for defendant Mark Kaiser.

I certify that I am admitted to practice in this court.

8/11/2011
Date

Signature

Alexandra A.E. Shapiro
Print Name      Bar Number
Macht, Shapiro, Arato & Isserles LLP
1114 Avenue of the Americas, 45th Fl
Address

New York     NY     10036
City     State     Zip Code

(212) 479-6724     (212) 202-6417
Phone Number     Fax Number