PREET BHARARA
United States Attorney for the
Southern District of New York
By: Jason H. Cowley
One Saint Andrew's Plaza
New York, New York 10007
Tel.: (212) 637-2479

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/19/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------- X

UNITED STATES OF AMERICA

-v.-

MARK KAISER,

          Defendant.

-------------------------------- X

SATISFACTION OF FORFEITURE
MONEY JUDGMENT

S1 04 Cr. 733 (TPG)

      Satisfaction is acknowledged between the United States of America, plaintiff, and Mark Kaiser, defendant, in regard to the Forfeiture Money Judgment entered in *United States* v. *Mark Kaiser*, S1 04 Cr. 733 (TPG), against the defendant. Said Judgment was entered by the Court on the 8th day of December, 2011.

Dated: New York, New York
       June 18, 2015

_____
JASON H. COWLEY
Assistant United States Attorney
Chief, Money Laundering and Asset
Forfeiture Unit

STATE OF NEW YORK  )
                          ) ss:
COUNTY OF NEW YORK )

      On the 18th day of June 2015, before me personally came JASON H. COWLEY, Assistant United States Attorney for the Southern District of New York, to me known, and known to me to be the individual described in and who executed the foregoing instrument, and acknowledges that he executed the same.

_____
NOTARY PUBLIC

Lisabeth A. Mendola-D'Andrea
Notary Public, State of New York
No: 01ME5079305
Qualified in Queens County
Commission Expires June 2, 2019